DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DANIEL TAYLOR
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ESTEVAN TREVINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-mj-00349-GGH-1 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CHANGE PLEA |
| v. ) | |
| ) | |
| ESTEVAN TREVINO, ) | Date: Mar. 21, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ESTEVAN TREVINO, and Certified Student Attorney, Daniel Taylor, that the Court vacate the court trial on March 21, 2012 at 9:00 a.m. and set a change of plea hearing at the same time and place.

```
Dated:  March 13, 2012
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    ESTEVAN TREVINO

                                    /s/ Daniel Taylor
                                    DANIEL TAYLOR
                                    Certified Student Attorney

Dated: March 12, 2012               BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ David Petersen
                                    DAVID PETERSEN
                                    Special Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: March 14, 2012

                                /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE